IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

VIRGINIA DEANNE WALSH,

                Plaintiff,

v.

GREATER RICHMOND ASSOCIATION
FOR RETARDED CITIZENS; JOHN
WALKER; and CHARLES D. STORY, III,

                Defendants.

Civil Action No. 3:18cv00292-MHL

## AGREED FINAL JUDGMENT

Before the Court is the parties' Joint Motion to Dismiss with Prejudice. Having considered

the motion, IT IS ORDERED that

    1. THIS IS A FINAL JUDGMENT dismissing Plaintiff's claims with PREJUDICE.

    2. The parties will bear their own fees and costs.

Signed this   7th   day of   May  , 2019.

/s/

M. Hannah Lauck
United States District Judge